# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2511 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 45 DB 2018 |
| | : | |
| v. | : | Attorney Registration No. 69270 |
| | : | |
| JAMES J. VASSALLO, JR., | : | (Delaware County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of August, 2018, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and James J. Vassallo, Jr., is suspended on consent from the Bar of this Commonwealth for a period of six months. He shall comply with all the provisions of Pa.R.D.E. 217.

Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).